IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OLIVIA BUCKNER BAILEY, )<br>On behalf of herself and a class of )<br>similarly situated consumers, )<br>  )<br>      Plaintiffs, )<br>  )<br>   v. )<br>  )<br>ATLANTIC AUTOMOTIVE )<br>CORP., *et al.*, )<br>  )<br>      Defendants. ) | Civil No. MJG-13-1243 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants, by their respective undersigned attorneys, stipulate and agree to the dismissal with prejudice of all claims in this matter. The parties are to bear their own costs.

Respectfully submitted,

  /s/ Richard S. Gordon                               /s/ Brian Moffet                         
Richard S. Gordon, Fed. Bar No. 06882      Brian L. Moffet, Fed. Bar No. 13821
Stacie F. Dubnow, Fed. Bar No. 10246        Catherine A. Bledsoe, Fed. Bar No. 11376
GORDON, WOLF & CARNEY, CHTD.         GORDON FEINBLATT LLC
102 W. Pennsylvania Ave., Suite 402              233 East Redwood Street
Towson, Maryland 21204                               Baltimore, Maryland 21201
Tel. (410) 825-2300                                         Tel. 410-576-4291
Fax (410) 825-0066                                          Fax 410-576-4269
rgordon@GWCfirm.com                                bmoffet@gfrlaw.com

Mark H. Steinbach                                          Attorneys for Defendants
LAW OFFICE OF MARK H. STEINBACH   Atlantic Automotive Corporation and
1350 Connecticut Avenue, N.W.                     Heritage Chevrolet-Buick, Inc.
Suite 200
Washington, D.C. 20036
Tel. (202) 775-1550
writemhs@gmail.com

Attorneys for Plaintiff Olivia Bailey