FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JAN 21  AM 11: 44

CLERK'S OFFICE
AT BALTIMORE
              DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

OLIVIA BUCKNER BAILEY,                )
On behalf of herself and a class of   )
similarly situated consumers,         )
                                      )
        Plaintiffs,                   )
                                      )
v.                                    )   Civil No. MJG-13-1243
                                      )
ATLANTIC AUTOMOTIVE                   )
CORP., *et al.*,                      )
                                      )
        Defendants.                   )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, by their respective undersigned attorneys, stipulate and agree to the dismissal with prejudice of all claims in this matter. The parties are to bear their own costs.

Respectfully submitted,

/s/ Richard S. Gordon
Richard S. Gordon, Fed. Bar No. 06882
Stacie F. Dubnow, Fed. Bar No. 10246
GORDON, WOLF & CARNEY, CHTD.
102 W. Pennsylvania Ave., Suite 402
Towson, Maryland 21204
Tel. (410) 825-2300
Fax (410) 825-0066
rgordon@GWCfirm.com

Mark H. Steinbach
LAW OFFICE OF MARK H. STEINBACH
1350 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
Tel. (202) 775-1550
writemhs@gmail.com

Attorneys for Plaintiff Olivia Bailey

/s/ Brian Moffet
Brian L. Moffet, Fed. Bar. No. 13821
Catherine A. Bledsoe, Fed. Bar No. 11376
GORDON FEINBLATT LLC
233 East Redwood Street
Baltimore, Maryland 21201
Tel. 410-576-4291
Fax 410-576-4269
bmoffet@gfrlaw.com

Attorneys for Defendants
Atlantic Automotive Corporation and
Heritage Chevrolet-Buick, Inc.

3756398.2 43534/120637 01/19/2015

SO ORDERED, on Wednesday, January 21, 2015.

/s/
Marvin J. Garbis
United States District Judge